UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

D'ANGELO LARAYE BOONE,

Plaintiff,

v.

PITTSBURG POLICE DEPARTMENT, et al.,

Defendants.

Case No.  C 14-03843 KAW (PR)

ORDER OF DISMISSAL

On August 25, 2014, Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983.  Plaintiff filed an *in forma pauperis* application and a certificate of funds in prisoner's account; however, he did not file a copy of his prisoner trust account statement, showing transactions for the last six months.  On the same day the complaint was filed, the Clerk of the Court notified Plaintiff that: (1) his *in forma pauperis* application was deficient due to his failure to include a prisoner trust account statement for the previous six months; (2) his action could not go forward until he filed the necessary document, within twenty-eight days from the date of the notice; and  (3) his failure to do so would result in dismissal of this action.  More than twenty-eight days have passed and Plaintiff has not submitted his prisoner trust account statement or communicated with the Court in any manner.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  Plaintiff's *in forma pauperis* application is DENIED as incomplete.  The Clerk of the Court shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 10/28/14

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE